**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 7, 2016.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-01037-CV

## PINNACLE PREMIER PROPERTIES, INC. AND PINNACLE REALTY ADVISORS, INC, Appellants

### V.

## GHISLAIN BRETON, CATHERINE DENICOURT AND DAVID ANDREIS, Appellee

**On Appeal from the 165th District Court
Harris County, Texas
Trial Court Cause No. 2014-02397**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 9, 2015. On June 27, 2016, appellants and appellees/cross-appellants filed a joint motion to dismiss the appeal. Tex. R. App. P. 42.1. The motion is granted. The appeal is **DISMISSED**.

PER CURIAM

Panel consists of Chief Justice Frost and Justices McCally and Brown.